In the Matter of THOMAS SLATTERY, Appellant. DOMESTIC RELATIONS COURT, CITY OF NEW YORK, CHILDREN'S COURT DIVISION, Respondent.—

The evidence is insufficient to establish that the child was a "delinquent child" as defined by subdivision (15) of section 2 of the said Domestic Relations Court Act. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.